**This order is SIGNED.**



**Dated: March 1, 2016**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| In re:<br><br>Brent David Christensen and<br>Jo-Ann Hall Christensen,<br><br>Debtors. | Bankruptcy Number: 15-29773<br><br>Chapter 7<br><br>Judge R. Kimball Mosier |
|---|---|

### ORDER OVERRULING TRUSTEE'S OBJECTION TO DEBTORS' HOMESTEAD EXEMPTION

This matter came before the court on the 24th day of February 2016 on the Trustee's Objection to Debtors' Claimed Homestead Objection and the Debtors' Response Objecting to the Trustee's Objection to Exemption.  Paul J. Toscano appeared on behalf of the Debtors and Gary E. Jubber appeared on behalf of the Chapter 7 Trustee.  The Court having considered the pleadings on file, the arguments of counsel and having made its findings and conclusions on the record, it is hereby

ORDERED, that the Trustee's Objection to the Debtors' homestead exemption is overruled and the Debtors' claimed exemption is allowed.

----------------------------------------------END OF DOCUMENT------------------------------------------

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order Denying Trustee's Objection to Debtors' Homestead Exemption shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Gary E. Jubber tr  gjubber@fabianvancott.com, UT07@ecfcbis.com; mparks@fabianvancott.com; mdewitt@fabianvancott.com

- Douglas J. Payne  dpayne@fabianvancott.com, mdewitt@fabianvancott.com; smcnett@fabianvancott.com

- Paul James Toscano  ptoscano@expresslaw.com

- United States Trustee  USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

NONE